# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NO. _CR 02-619 ER_    DATE _7-22-02_

TITLE: U.S.A. v. _John Edwards_

PRESENT: THE HONORABLE _Carla Woehrle_ , U.S. JUDGE / MAGISTRATE JUDGE

_Janet Argarin_                    _Mark Avis_                    _02-722_
**Deputy Clerk**                   Assistant U.S. Attorney        Court Reporter/ Tape No.

_Angela Parrot_                                                   _—_
**Counsel for Defendant**                                         Interpreter

☐ RETD    ☒ DFPD    ☐ PANEL

**PROCEEDINGS:    BAIL REVIEW HEARING**

Hearing on modification of bail had and Court orders bail as to the above-named defendant modified to:

☐ Personal Recognizance                    ☐ Collateral Bond in amount of $_____
   (Signature only - no dollar amount)        (Cash or negotiable securities)

☐ Unsecured Appearance Bond                ☐ Corporate Surety Bond in amount of $_____
   in amount of $_____                   (Corporate Surety Bond requires separate form)

☐ Appearance Bond in amount of $_____ ☐ Surety to be_____
   ☐ With cash deposit (amount or %)_____  ☐ Release NOW and justify by_____ or appear before
   ☐ With affidavit of surety (no justification)(Form CR-4)  Magistrate Judge_____
   ☐ With justification affidavit of surety (Form CR-3)      on __/__/__ at _____ AM / PM
      ☐ And with deeding of property          ☐ PSA supervision    ☐ Intensive

**THE FOLLOWING ADDITIONAL CONDITIONS OF BAIL HAVE BEEN IMPOSED BY THE COURT:**

☐ Defendant is to surrender to the Clerk of Court any passport issued in his/her name and not apply for the issuance of a passport during the pendency of this case.

☐ Bail is subject to a Nebbia Hearing.

☐ Travel restricted to CD/California; other_____

☐ Defendant to reside with_____

☐ Defendant is not to use or possess illegal drugs.    ☐ Defendant is not to use or possess firearms.

☐ Defendant is to cooperate with Pretrial Services in a drug treatment and testing program.

☐ Defendant is to participate in a residential drug/alcohol treatment program as approved by Pretrial Services.

☐ Defendant is not to commit any federal, state or local crimes.

☐ Defendant is to avoid places of egress, i.e., airports, bus terminals, seaports, etc.

☐ Other conditions:_____

☒ FURTHER ORDER OF THE COURT:    ☒ Motion for bail is DENIED. _w/out prej._
☐ Case continued to __/__/__ at _____ AM / PM for_____

☐ Other:_____

☐ BOND POSTED: Date:_____
☐ Release ordered. No._____
Defendant's address:_____

ENTER ON ICMS
JUL 23 2002

22

cc: AUSA - Blue Copy; Defendant - Yellow Copy; Pretrial - Pink Copy

M-18 (10/97)                    MINUTES - BAIL MODIFICATION HEARING