# United States District Court

for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. JOHN EDWARDS

Docket No. CR02-00619-FMC

**Petition on Probation and Supervised Release (Amendment)**

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>JOHN EDWARDS</u> who was placed on supervision by the Honorable <u>EDWARD RAFEEDIE</u> sitting in the Court at <u>Los Angeles, CA</u>, on the <u>18th</u> day of <u>December, 2002,</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Amend to correct allegation(s):

1. Having been ordered by the Court not to commit another Federal, state, or local crime, on December 26, 2006, John Edwards entered Mervyn's Department Store located at 245 E. Magnolia Boulevard, Burbank, California, and committed a violation of Section 666 of the California Penal Code: Petty Theft.

**PRAYING THAT THE COURT WILL ORDER** this amendment filed.

ORDER OF COURT

Considered and ordered this 13th day of Mar, 2009 and ordered filed and made a part of the records in the above case.

United States District Judge
FLORENCE-MARIE COOPER

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on March 11, 2009

BILLY L. MOFFETT, JR.
U. S. Probation Officer

Place: Woodland Hills, California