1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

HONORABLE FLORENCE-MARIE COOPER, JUDGE PRESIDING

- - -

```
UNITED STATES OF AMERICA,    )
                             )
              PLAINTIFF,     )
                             )
       VS.                   ) CR NO. 02-619-FMC
                             )
JOHN EDWARDS,                )
                             )
              DEFENDANT.     )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS


LOS ANGELES, CALIFORNIA

MONDAY, AUGUST 11, 2008


```
                    SANDRA L. BECERRA, CSR 10024
                    COURT REPORTER
                    UNITED STATES COURTHOUSE
                    312 NORTH SPRING STREET
                    SUITE 429-K
                    LOS ANGELES, CALIFORNIA  90012
                    (818) 831-3796
```

```
 1    APPEARANCES OF COUNSEL:

 2
      ON BEHALF OF THE GOVERNMENT:
 3
                 GEORGE S. CARDONA
 4               ACTING UNITED STATES ATTORNEY
                 STEVEN D. CLYMER
 5               ASSISTANT UNITED STATES ATTORNEY
                 CHIEF, CRIMINAL DIVISION
 6               MARK AVEIS
                 ASSISTANT UNITED STATES ATTORNEY
 7                  1200 UNITED STATES COURTHOUSE
                    312 NORTH SPRING STREET
 8                  LOS ANGELES, CALIFORNIA  90012
                    (213) 894-4477
 9

10

11
      ON BEHALF OF THE DEFENDANT:
12
                 JOHN EDWARDS, PRO SE
13               4910 LIBBIT AVENUE
                 ENCINO, CALIFORNIA  91436
14

15

16

17    ALSO PRESENT:

18               BILLY MOFFETT, USPO

19

20

21

22

23

24

25
```

```
 1                             INDEX
 2
        HEARING PRELIMINARY REVOCATION SUPERVISED RELEASE    4
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      LOS ANGELES, CALIFORNIA; MONDAY, AUGUST 11, 2008; 11:00 A.M.
 2                              - - - -
 3              THE CLERK:  Calling Criminal Case 02-619-FMC,
 4      United States of America versus John Edwards.
 5              MR. AVEIS:  Good morning, your Honor.  Mark Aveis
 6      for the government, with U.S. Probation Officer Billy Moffett
 7      and FBI Special Agent Kathy --
 8              THE COURT:  Good morning.
 9              MR. EDWARDS:  Good morning, your Honor.  John
10      Edwards.
11              THE COURT:  Okay.
12              MR. EDWARDS:  Still in pro per.
13              THE COURT:  We put this matter over to today's
14      date.  You were intending to retain new counsel.
15              MR. EDWARDS:  Yes, and I still do, your Honor.  I
16      had conversations with Mark Aveis, the Assistant U.S.
17      Attorney, at the time of the last hearing.  I have a copy of
18      that transcript as well.  He stated on the record that we'd
19      probably be able to work this out without court intervention.
20      I've been in regular contact with him and trying to save the
21      expense of the attorneys' fees to bring about a settlement on
22      the matter.
23              So I have not hired an attorney yet.  I think we're
24      still in good faith negotiations.  And I think we can work
25      out something.  I'm probably going to need to spend an hour
```

5

1    face to face with the Assistant U.S. Attorney.  And I hope
2    we can work something out.  If we can't, then I'll get a
3    lawyer and we'll do it.  I've got plenty of evidence to the
4    contrary.
5            I also did not receive till this date a copy of the
6    petition; so I don't know really what the allegations are
7    against me.
8            THE COURT:  But you did receive it -- or you don't
9    have it?
10           MR. EDWARDS:  Never did.
11           THE COURT:  Oh, okay.
12           MR. EDWARDS:  I've asked the probation officer, and
13   I did indicate to Mr. Aveis in an E-mail that I have not
14   received a copy of it.
15           THE COURT:  Well, you certainly have to have that.
16           MR. EDWARDS:  It's a lot easier to hire an
17   attorney.
18           THE COURT:  Yes, indeed.  Well, we can certainly
19   give you a copy from the Court's file if you don't have
20   one --
21           MR. EDWARDS:  Thank you, your Honor.
22           THE COURT:  -- for the defendant today.
23           Do you have an extra copy with you?
24           PROBATION OFFICER MOFFETT:  Yes, ma'am, I do.
25           THE COURT:  Okay.

```
 1              All right.  So in terms of putting this matter over
 2   for further negotiations, is that agreeable with the
 3   government?
 4              MR. AVEIS:  It is.  If we can extend or continue
 5   this, rather, for 60 days.
 6              I'd like to advise the Court that I had hoped that
 7   we could -- we could reach a settlement, but I'm not hopeful.
 8   I don't think it's important right now for me to get into the
 9   details.  I do stand at the opposite end of the spectrum of
10   Mr. Edwards.  So I believe it would be appropriate for him to
11   seek counsel.  And I thought if we put this out 60 days, it
12   would give enough time to both sides to allow that.
13              THE COURT:  All right.  October 20.
14              MR. AVEIS:  That's fine with the government.  Thank
15   you.
16              THE COURT:  Okay.
17              What time would be good, Alicia?  Ten o'clock?
18              Hold on one second.  I'm just going to check for
19   time.
20              Or maybe 11:00?
21              (Pause in the proceedings.)
22              THE CLERK:  We could set it at 11:30.
23              THE COURT:  11:30?  Okay.
24              October 20, Monday, at 11:30.
25              And  -- yes?
```

```
1            MR. AVEIS:  Would the Court please order, as the
2    Court did last time, that supervision shall remain in effect
3    in Case No. 02-619, and continue to and including the end of
4    business on October 20th, '08, please?
5            THE COURT:  Yes.
6            And give Mr. Edwards a copy of the petition.
7            I'll instruct you to continue to meet and discuss
8    the matter.  If this isn't resolved within about the next 30
9    days, you really need to come up with a lawyer to have him
10   present the next time the matter is on calendar.
11           MR. EDWARDS:  Thank you.
12           THE COURT:  All right.
13           MR. AVEIS:  Thank you, your Honor.
14           (PROCEEDINGS CONCLUDED.)
15                       - - - -
16
17
18

19
20
21
22
23
24
25
```

```
 1                     C E R T I F I C A T E
 2
 3
 4
 5
 6          I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
 7   TRANSCRIPTION FROM THE STENOGRAPHIC RECORD OF THESE
 8   PROCEEDINGS.
 9
10
11
12
13
14   _____
15   SANDRA L. BECERRA, CSR 10024
16   OFFICIAL COURT REPORTER
17
18
19
20
21   DATED: _____
22
23
24
25
```