UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:02-cr-00619-FMC-1 | Date | March 18, 2009 |
|---|---|---|---|

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|
| Interpreter | N/A |

| Alicia Mamer | Pat Cuneo | Mark Aveis |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Edwards | X | | | Michael D Nasatir | | | X |

**Proceedings:**   FINAL REVOCATION OF SUPERVISED RELEASE HEARING

**Also present**: Billy Moffett, USPO

The defendant is sworn before answering the questions of the Court.

The defendant waives formal hearing on the violation and admits to the charges # (s)    alleged in the petition filed

The Court finds the defendant in violation of supervised release, based on his/her admission.

The defendant is sentenced on the violation (see separate Judgment and Commitment Order).

The term of supervised release is extended by the Court to and including .

X   The Court GRANTS the government's motion to dismiss the remaining allegation #2 of the November 29, 2006 petition.

cc:   USPO

|  | : | 02 |
|---|---|---|
| Initials of Deputy Clerk | AM | |