1

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                        WESTERN DIVISION

 4      THE HONORABLE FLORENCE-MARIE COOPER, JUDGE PRESIDING

 5

 6   UNITED STATES OF AMERICA,      )
                                    )
 7                   Plaintiff,     )
                                    )
 8         vs.                      ) NO. CR 02-00619 FMC
                                    )
 9   JOHN EDWARDS,                  )
                                    )
10                   Defendant.     )
     _____)
11

12

13

14           REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                  Los Angeles, California

16

17         Thursday, January 15, 2009, 2:46 P.M.

18

19   Continuance of Revocation of Supervised Release Hearing

20

21

22                           PAT CUNEO, CSR 1600-CRR-CM
                             Official Reporter
23                           Roybal Federal Building
                             255 East Temple Street
24                           Room 181-E
                             Los Angeles, CA  90012
25                           (213) 617-1817
                             grammacuneo@aol.com
```

*Pat Cuneo, Official Reporter*

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:    THOMAS P. O'BRIEN
                           UNITED STATES ATTORNEY
 3                         BY:  MARK AVEIS
                           ASSISTANT UNITED STATES ATTORNEY
 4                         United States Courthouse
                           312 N. Spring Street
 5                         Los Angeles, California 90012
                           (213) 894-4477
 6

 7   FOR THE DEFENDANT:    JOHN EDWARDS, PRO SE

 8

 9   ALSO PRESENT:         SHANNON E. ANGELIDIS
                           U.S. PROBATION OFFICER
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    LOS ANGELES, CALIF.; THURSDAY, JANUARY 15, 2009; 2:46 P.M.
 2                              -oOo-
 3              THE COURT:  Good afternoon.
 4                   (All counsel responded.)
 5              THE CLERK:  Calling Criminal Case 02-619 FMC,
 6    United States of America vs. John Edwards.
 7              Please state your appearances.
 8              MR. AEVIS:  Thank you.  Good afternoon, Your
 9    Honor.  Mark Aveis for the United States with U.S. Probation
10    Officer Shannon Angelidis.
11              THE COURT:  The matter has been continued a number
12    of times on allegations of supervised release violation.
13    The parties have been making an effort to resolve things.
14              What's the status today?
15              MR. AEVIS:  Your Honor, we have indeed tried to
16    negotiate a disposition; and I presented Mr. Edwards with
17    what I substantially discussed with him and presented to him
18    in writing the last time we were here; and now he says he
19    wants to discuss it with a lawyer.
20              And as the court well knows, the court has on
21    several occasions told Mr. Edwards of the consequences of
22    proceeding Pro Se; and he's elected to continue to appear
23    Pro Se; and as far as I'm concerned, we've given him seven
24    months to dispo this and to consult with a lawyer.
25              And not once has he told me, in response to any of
```

1   the terms and conditions we've talked about, that before he
2   agrees to anything he wants to talk to lawyer.
3           That's just unacceptable at this point.  So I
4   believe we should just go forward and Mr. Edwards will just
5   have to accept the consequences.  He's a grown man who isn't
6   a novice to the system.
7           I regret to inform to the court of these facts
8   because I very much hoped to announce we agreed; and, in
9   fact, I prepared a stipulation with all the terms and
10  conditions which are substantially that which I've discussed
11  with Mr. Edwards before.
12          He's well known about them and now I'm faced with
13  this new wrinkle; and there are only so many curve balls I'm
14  capable of catching.
15          THE COURT:  Yes.
16          DEFENDANT EDWARDS:  Your Honor, that's not exactly
17  the way I see it.  I've had numerous communications with
18  Mr. Aveis vis-a-vis e-mail; and I've been working towards
19  fulfilling the terms of the stipulation which is rather
20  complex and onerous as far as securing my fine and
21  restitution obligation.
22          And my last e-mail with him there was an issue,
23  there's a condition that I pay a thousand dollars a month;
24  and it was very important to Mr. Aveis that I begin
25  performing some of the terms and conditions of that

1  settlement.
2          I made it an issue for myself to meet that
3  obligation which I did last week.  I made it real clear to
4  Mr. Aveis vis-a-vis e-mail that because of the holidays last
5  month and because of the fact that since the last time we
6  were in court I've had a chest and lung inflammation which
7  finally seems to be clearing up and I've been taking a lot
8  of antibiotics -- and I can prove that to the court as
9  well -- to get better from that and that slowed me down
10 tremendously.  Just makes me sleepy and tired during the
11 course of the day.
12         But I've been working towards meeting the
13 requirements that the U.S. Attorney's office has set forth
14 towards securing the obligation which is the main part of
15 the terms of the settlement agreement.
16         I had no notice and no expectation that I was
17 going to be signing that stipulation today, but that's what
18 Mr. Aveis wanted to do.  It's a total surprise to me.
19         There's a paragraph in there that says that I'm
20 entitled to legal counsel and that, as I read it, it almost
21 tells me I should consult legal counsel but I waived that
22 right.
23         And because of the severity and because of the
24 complexities of the stipulation agreement, I asked
25 Mr. Aveis:  For goodness sakes.  Give me some time to

1  consult legal counsel.
2         I haven't done it in the last month because I've
3  been doing everything towards meeting the terms and
4  obligations that I'll have under that stipulation.
5         And so I haven't.  And, of course, now he says:
6  You sign this or the deal is off.  And, as I say, it's a
7  total surprise to me.
8         I printed copies of my recent e-mails back and
9  forth to Mr. Aveis; and I could show the court those copies
10 if the court would want to see them to know at least what I
11 perceived from those communications.
12        I had no idea that he expected me to sign a
13 multi-page document that I considered quite complex and
14 without benefit of legal counsel.
15        It's part of the reason why I think I got
16 convicted of an offense and why I'm in this court today is
17 because I didn't have adequate legal counsel.
18        If the court remembers my 2255 motion, that
19 attorney was so bad he was disbarred; and the fact that I'm
20 familiar with the system that he says and the fact that I
21 can speak reasonably well or better than some doesn't mean
22 that I'm foolish enough to think that I am my best attorney.
23        I would certainly hope that the U.S. Attorney's
24 office would agree to reconsider because I would much rather
25 make a settlement.  It's the reason why I've worked toward

1   that so hard.
2           But if you won't reconsider and if the deal is off
3   the table, I seriously need a lawyer; and then I would ask
4   the court to give me at least a month to get one.
5           THE COURT:  All right.  You know, this has been
6   put over many times.  I think we've been coming in
7   frequently since March -- no -- April of this year with
8   repeated visits.
9           I know there has been some discussion whether you
10  needed to have an attorney.  But I'm very reluctant to tell
11  anyone he's required to go ahead without legal counsel.  I
12  will give you 30 days.  This is your only opportunity to
13  consult with a lawyer about that document.
14          When you come back in 30 days, with or without an
15  attorney, then it's entirely up to the U.S. attorney if they
16  want to withdraw the deal and they want to have a hearing
17  and have you found in violation, we'll go ahead with it
18  because we're not putting it over anymore.
19          DEFENDANT EDWARDS:  I understand.
20          THE COURT:  You have a document.  You certainly
21  have a right to have a lawyer look at it so this is the last
22  continuance.
23          MR. AEVIS:  Your Honor, for the record and for the
24  benefit of the court, I regret to tell the court this
25  because I think the court knows that, generally speaking, I

```
 1   do try to work these things out.
 2             But under these circumstances, and I respectfully
 3   differ with Mr. Edwards about the background about why we're
 4   here and I won't belabor -- indulge the court about each of
 5   those.
 6             The bottom line is I deem the offer withdrawn.  So
 7   when we do return, it will be just a matter of litigating
 8   whether or not he's in violation and whatever sentence, if
 9   any, the court may impose.
10             But we will not be -- the government will not be
11   extending this so that he can consult with counsel about
12   whether or not to accept it.
13             THE COURT:  Okay.
14             Well, that's certainly, you know, up to you.  But
15   an offer is a contract between the parties and the court is
16   not involved in it.
17             So I can put it over for 30 days so you can
18   consult with a lawyer, retain one if you want, bring him
19   here for what will be a violation hearing.
20             But with or without an attorney, we'll go ahead
21   with the hearing whether you have one or not in 30 days.
22             Do you understand?
23             DEFENDANT EDWARDS:  I understand.
24             THE COURT:  Can he have a copy of that to show to
25   an attorney so the lawyer might be able to contact you and
```

```
 1   talk about whether something can be worked out?
 2             MR. AEVIS:  I'll certainly give that to the
 3   defendant without making any promises.  But will the court
 4   please, as it has in the past, order that the terms and
 5   conditions of existing supervised release remain in effect
 6   until and including the end of the next hearing, please.
 7             THE COURT:  Yes, I will.
 8             The continuance date is February 7th.  I
 9   might be picking a jury.  How about Wednesday, February 18
10   at 2:30?
11             DEFENDANT EDWARDS:  That's all right with me, Your
12   Honor.
13             MR. AEVIS:  That's acceptable to the government.
14   Thank you.
15             THE COURT:  All right.
16             MR. AEVIS:  Thank you very much.
17             THE COURT:  All right.
18             DEFENDANT EDWARDS:  Your Honor, one last thing.
19             THE COURT:  Yes.
20             DEFENDANT EDWARDS:  My sincerest apologies to the
21   court if I offended.  My own doing has delayed this matter,
22   and my apologies to the U.S. Attorney's office as well if
23   I'm at fault.
24             THE COURT:  All right.  Thank you.
25             Hold on one second.
```

```
 1            (Court and the clerk conferred.)
 2            THE COURT:  3 o'clock on the 18th of February,
 3    not 2:30.
 4            MR. AEVIS:  Sure; thank you.
 5            THE COURT:  Apologies accepted, Mr. Edwards.
 6    Thank you.
 7            DEFENDANT EDWARDS:  Thank you, Your Honor.  Thank
 8    you so much for your patience with me.
 9            (At 2:55 p.m. proceedings were concluded.)
10
11                            -oOo-
12
13                         **CERTIFICATE**
14
15         **I hereby certify that pursuant to Section 753,**
16    **Title 28, United States Code, the foregoing is a true and**
17    **correct transcript of the stenographically reported**
18    **proceedings held in the above-entitled matter and that the**
19    **transcript page format is in conformance with the**
20    **regulations of the Judicial Conference of the United States.**
21
      Date:  January 23, 2009
22
23
24                                   _____
25                                   **PAT CUNEO, OFFICIAL REPORTER**
                                     **CSR NO. 1600**
```