1

```
               UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION

   THE HONORABLE FLORENCE-MARIE COOPER, JUDGE PRESIDING


UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
       vs.                     ) NO. CR 02-00619 FMC
                               )
JOHN EDWARDS,                  )
                               )
              Defendant.       )
_____)



            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                   Los Angeles, California


                  Monday, December 8, 2008


       Preliminary Revocation of Supervised Release




                              PAT CUNEO, CSR 1600-CRR-CM
                              Official Reporter
                              Roybal Federal Building
                              255 East Temple Street
                              Room 181-E
                              Los Angeles, CA  90012
                              (213) 617-1817
                              grammacuneo@aol.com
```

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:    THOMAS P. O'BRIEN
                           UNITED STATES ATTORNEY
 3                         BY:  MARK AVEIS
                           ASSISTANT UNITED STATES ATTORNEY
 4                         United States Courthouse
                           312 N. Spring Street
 5                         Los Angeles, California 90012
                           (213) 894-4477
 6

 7   FOR THE DEFENDANT:    JOHN EDWARDS, PRO SE

 8

 9   ALSO PRESENT:         BILLY L. MOFFETT, JR.
                           U.S. PROBATION OFFICER
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    LOS ANGELES, CALIFORNIA; MONDAY, DECEMBER 8, 2008; 3:32 P.M.
 2                              -oOo-
 3            THE COURT:  I understand I have a commitment for a
 4    short proceeding; is that right?
 5            MR. AEVIS:  Yes, Your Honor.
 6            THE CLERK:  Calling Criminal Case 02-619 FMC,
 7    United States of America vs. John Edwards.
 8            Please state your appearances.
 9            MR. AEVIS:  Thank you.  Good afternoon, Your
10    Honor.  Mark Aveis for the government with U.S. Probation
11    Officer Billy Moffett.
12            MR. MOFFETT:  Good afternoon.
13            MR. EDWARDS:  John Edwards.
14            THE COURT:  Good afternoon.
15            I've just been handled a stipulation.  Parties
16    have reached an agreement with respect to the supervised
17    release violation; is that correct?
18            MR. AEVIS:  We're nearly one hundred percent
19    there; and what we would like, Your Honor, is just to try to
20    dispense with some of the deadlines that were put in the
21    initial stipulation; to instead indulge the court for a
22    continuance so we can button up everything and come back;
23    and in that interim period submit to the court so the court
24    has it ahead of time the stipulation so that it could be
25    ordered on that new date.
```

```
1                THE COURT:  Excellent.  What new date do you have
2     in mind?  I don't see a date.
3                MR. AEVIS:  We'll have to pick a new date if it's
4     okay.  Mr. Moffett is unavailable on January 12.  But I'm
5     not sure if the court might be able to entertain this during
6     the middle of the week.
7                THE CLERK:  Sure.
8                THE COURT:  She tells me what to do.
9                       (Laughter.)
10               MR. AEVIS:  If the 14th works.
11               MR. EDWARDS:  I have another appearance in another
12    court.
13               THE COURT:  Thursday, the 15th at 2:30?
14               MR. AEVIS:  Yes.
15               THE COURT:  Okay.  December 15 at 2:30.
16               MR. AEVIS:  And if the court would please order
17    that supervised release to continue on the same terms and
18    conditions through and including at least January 15th,
19    2009.
20               THE COURT:  So ordered.
21               MR. AEVIS:  Thank you very much.
22               THE COURT:  Okay.  Thank you.
23               MR. EDWARDS:  Thank you, Your Honor.
24           (At 3:33 p.m. proceedings were concluded.)
25
```

```
 1                              -oOo-

 2

 3                           CERTIFICATE

 4

 5        I hereby certify that pursuant to Section 753,

 6   Title 28, United States Code, the foregoing is a true and

 7   correct transcript of the stenographically reported

 8   proceedings held in the above-entitled matter and that the

 9   transcript page format is in conformance with the

10   regulations of the Judicial Conference of the United States.

11
     Date:  December 31, 2008
12

13

14                                   _____

15                                   PAT CUNEO, OFFICIAL REPORTER
                                     CSR NO. 1600
16

17

18

19

20

21

22

23

24

25
```